UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLEEN SIMMONS,

    Plaintiff,

vs.                        Case No. 2:04-cv-459-FtM-33SPC

SANDY NEGRON; JAMES V. CROSBY, JR.,

    Defendants.
_____

ORDER

This matter comes before the Court sua sponte. As per the Case Management and Scheduling Order (Doc. #14), a mediation conference in the above styled matter was to have occurred on or before April 21, 2005. To date, the parties have not filed a Notice of Mediation informing the Court as to the date that mediation was scheduled. In addition, there has been no notice by the parties informing the Court of the status of the mediation conference.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties shall advise the Court within ELEVEN DAYS as to the status of mediation.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 27th day of April, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

-2-