UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLEEN SIMMONS,

        Plaintiff,

vs.                         Case No. 2:04-cv-459-FtM-33SPC

SANDY NEGRON; JAMES V. CROSBY, JR.,

        Defendants.
_____

### ORDER

This matter comes before the Court sua sponte. A pretrial conference is scheduled in this case for September 19, 2005, and trial is scheduled for the October 3, 2005 trial term. A Motion for Summary Judgment (Doc. #20) is currently pending in this matter. To date, a response has not been filed. Therefore, to ensure these pending matters are properly reviewed and considered, the Court finds it appropriate to continue the deadlines in this case.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The pretrial deadlines and dates for the pretrial conference and trial in this matter are continued for a period of **90 DAYS**. The Clerk is directed to enter an Amended Scheduling Order and adjust the pretrial deadlines and dates for the pretrial conference

and trial accordingly.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 20th day of July, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record